THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED ADAMS, Appellant

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.